BEFORE: JOAN M. AZRACK  
UNITED STATES DISTRICT JUDGE

DATE: 9/10/2021  
TIME: 11:00 AM (25 min)

## <u>CRIMINAL CAUSE FOR SENTENCING</u>

**DOCKET NO. 18-cr-316 (JMA)**

**FILED**  
**CLERK**

11:58 am, Sep 10, 2021

**U.S. DISTRICT COURT**  
**EASTERN DISTRICT OF NEW YORK**  
**LONG ISLAND OFFICE**

**DEFENDANT: Osei Montrose**          **DEF. #: 1**  
☒ Present      ☐ Not present      ☐ Custody     ☒Bail  
**DEFENSE COUNSEL: James Darrow**  
☒ Federal Defender      ☐ CJA          ☐ Retained

**AUSA: Andrew Grubin**

INTERPRETER:

PRETRIAL: Amina Adossa-Ali

COURT REPORTER: Lisa Schmid                COURTROOM DEPUTY: LMP

☒ Case Called.          ☒ Counsel present for all sides.  
☒ Sentencing held.          ☐ Sentencing adjourned to .  
☒ Statements of defendant and counsel heard.  
☒ Defendant sentenced on Counts 1 and 2 of the Indictment.

SENTENCE TEXT: Count 1: 1 year and 1 day custody, to run concurrent to the term on Count 2. Supervised release: 2 years, to run concurrent to the term on Count 2. Count 2: 1 year and 1 day to run concurrent to the term on Count 1. Supervised release: 2 years, to run concurrent to the term imposed on Count 1. Special Assessment: $200.00.

☐ Remaining open counts are dismissed on  
          ☐ Government's motion.      ☐ Court's motion.  
☒ Court advised defendant of right to appeal.  
☐ Defendant waived right to appeal in plea agreement.  
☐ Transcript of the proceeding sealed with the exception of providing a copy to the parties.

Defendant      ☐ Remains in Custody.     ☐ On bail pending appeal.  
☒ Shall surrender to the institution designated by the U.S. Bureau of Prisons by 12:00 PM on October 12, 2021.

OTHER: